kaw

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| APRIL NASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CORRECT CARE SOLUTIONS, LLC, | )   Case No. 07-4065-JAR |
| AND KANSAS DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| Defendants. | ) |
| | ) |

**MEMORANDUM AND ORDER DENYING DEFENDANT CORRECT CARE SOLUTIONS' MOTION TO DISMISS REMOVAL COMPLAINT**

The Court now considers defendant Correct Care Solutions, LLC's Motion to Dismiss Removal Complaint (Doc. 4). This motion was filed on May 29, 2007. Subsequently, the plaintiff has filed an amended complaint (Docs. 19) and a number of motions to remand (Docs. 9, 20). Thus, the Court finds prudent that defendant CCS, if still so inclined, file a renewed motion to dismiss based on the current claims in plaintiff's second amended complaint (Doc. 19).

**IT IS THEREFORE ORDERED B Y THE COURT THAT** defendant's Motion to Dismiss Removal Complaint (Doc. 4) is **DENIED** without Prejudice.

**IT IS SO ORDERED.**

Dated this  24th    day of October 2007.

 S/ Julie A. Robinson

**Julie A. Robinson**
**United States District Judge**